IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:25-cv-145

| | |
|---|---|
| JUSTIN MYREE,<br><br>    Plaintiff,<br><br>    v.<br><br>JANE and/or JOHN DOE and NORTH CAROLINA AGRICULTURAL AND TECHNOLOGY STATE UNIVERSITY,<br><br>    Defendants. | **INDEX OF EXHIBITS** |

1.     Index of Exhibits
2.     Exhibit A, Summons
3.     Exhibit B, Complaint