IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:25-cv-145

| | |
|---|---|
| JUSTIN MYREE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>JANE and/or JOHN DOE and NORTH CAROLINA AGRICULTURAL AND TECHNOLOGY STATE UNIVERSITY,<br><br>　　Defendants. | **PROPOSED ORDER** |

THIS MATTER is before the Court on the Joint Motion to Stay North Carolina Agricultural and Technical State University's Responsive Pleading Deadline. ECF 11. For good cause shown and in the interests of judicial economy, the Motion is GRANTED, and it is hereby ORDERED that North Carolina Agricultural and Technical State University's deadline to respond to the Complaint is stayed until 30 days after (1) any amended Complaint is filed with the Court or (2) the Court orders the stay be lifted.

　　This ____ day of _____, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　U.S. District Judge/Magistrate