IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JUSTIN MYREE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:25CV145 |
| | ) | |
| JANE and/or JOHN DOE and | ) | |
| NORTH CAROLINA AGRICULTURAL | ) | |
| AND TECHNOLOGY STATE UNIVERSITY, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

This matter is before the Court on a Joint Motion to Stay North Carolina Agricultural and Technical State University's Responsive Pleading Deadline. The Court finds good cause to allow the request given the Parties' agreements. The Court will therefore stay the deadline for the University to respond to the Complaint. However, the Court will require the Parties to meet and confer and file a Status Report by July 1, 2025, setting out the status of Plaintiff's efforts and a proposed schedule for the filing of any Amended Complaint and response deadline. In addition, any Motion by Plaintiff for early discovery, including leave to serve a subpoena, should be filed by April 14, 2025, to avoid unnecessary delay.

IT IS HEREBY ORDERED that the Joint Motion [Doc. #11] is GRANTED, and North Carolina Agricultural and Technical State University's deadline to respond to the Complaint is stayed. The Parties must meet and confer and file a Status Report by July 1, 2025, that includes a proposed schedule for the filing of any Amended Complaint and response deadline.

IT IS FURTHER ORDERED that any Motion by Plaintiff for early discovery, including leave to serve a subpoena, should be filed by April 14, 2025.

This, the 2nd day of April, 2025.

                                        _____
                                         Joi Elizabeth Peake
                                         United States Magistrate Judge