IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:25-cv-145

| | |
|---|---|
| JUSTIN MYREE,<br><br>    Plaintiff,<br><br>v.<br><br>JANE and/or JOHN DOE and NORTH CAROLINA AGRICULTURAL AND TECHNOLOGY STATE UNIVERSITY,<br><br>    Defendants. | **JOINT STATUS REPORT** |

Pursuant to this Court's April 2, 2025 Order (DE 14), Leslie Muse for Plaintiff and Laura Dean for North Carolina Agricultural and Technical State University (the "University") met and conferred on June 25, 2025 regarding the status of this matter. The Parties now jointly submit a report setting out the status of Plaintiff's efforts to identify the Jane Doe and/or John Doe Defendants ("Doe Defendants"), and a proposed schedule for the filing of any Amended Complaint and response deadline.

    1.    Plaintiff initiated this action by filing his Complaint in the North Carolina State Superior Court in Guilford County on February 5, 2025. DE 1-3. Plaintiff asserted claims of defamation and punitive damages against the

Doe Defendants as well as claims for defamation, breach of contract, and violation of the Title IX of the Education Amendments pursuant to 28 U.S.C. §1681 et. al against the University. DE 1-3.

2. The Guilford County Superior Court Clerk of Court issued Civil Summons to all Defendants that same day. DE 1-1.

3. On February 25, 2025, the University timely removed the matter to this Court. DE 1.

4. Plaintiff and the University thereafter filed a joint motion to stay the University's deadline to respond to the Complaint to allow Plaintiff the opportunity to "obtain the identifying information of the Jane and/or John Doe Defendant(s) named in the Complaint." DE 11. The joint motion further explained that "if Plaintiff obtains such identifying information, the stay would also allow Plaintiff to amend his complaint once—amending his claims against the University and amending to name the Doe Defendant(s) at the same time." DE 11 at ¶12.

5. This Court granted the joint motion to stay on April 2, 2025. The Court ordered Plaintiff to file any motion for early discovery by April 14, 2025, and "ordered the Parties to meet and confer and file a Status Report by July 1, 2025, setting out the status of Plaintiff's efforts and proposed schedule for the filing of any Amended Complaint and response deadline." DE 14.

6. Plaintiff timely filed a motion for leave to serve its subpoena to Flower Avenue Group, Inc., doing business as "Sidechat," requesting certain information to "identify and serve the unknown Defendants." DE 15.

7. The Court granted Plaintiff's motion finding that the information Plaintiff sought was "narrowly tailored" and "without the identifying information, the Doe Defendants could not be served, and a Rule 26(f) conference could not be held." DE 16.

8. On April 22, 2025, Plaintiff served his subpoena to Sidechat and Sidechat's counsel confirmed receipt. (See E-mail from Chris Madsen, Att'y for Flower Avenue Group d/b/a "Sidechat", to Tamara M. Gomez, Att'y for Plaintiff (Apr. 22, 2025, 2:50 P.M. EST) (on file with Plaintiff's Counsel)).

9. On May 5, 2025, Plaintiff filed a motion to extend the time to serve the Doe Defendants with the civil summons. DE 17. On May 14, 2025, the Court granted the motion and extended Plaintiff's deadline for service of the civil summons issued to the Doe Defendants to June 30, 2025. DE 18.

10. On May 23, 2025, Sidechat produced some information containing phone numbers associated with certain Sidechat posts. (See E-mail from Chris Madsen, Att'y for Flower Avenue Group d/b/a "Sidechat", to Tamara M. Gomez, Att'y for Plaintiff (May 23, 2025, 7:06 P.M. EST) (on file with Plaintiff's Counsel)).

11. Plaintiff then retained a private investigator to conduct a phone number search using the numbers provided by Sidechat. The results identified three individuals as likely owners of the phone numbers provided by Sidechat.

12. On June 10, 2025, Sidechat's counsel advised that one of the posts published by the Doe Defendants was made by someone other than the previously identified individuals. Sidechat's counsel advised that a seven (7) day notice would be provided to this newly identified individual before supplementing Sidechat's production. (See Email from Chris Madsen, Att'y for Flower Avenue Group d/b/a "Sidechat", to Leslie Muse, Att'y for Plaintiff (June 10, 2025, 12:38 P.M. EST) (on file with Plaintiff's Counsel)).

13. On June 19, 2025, Plaintiff filed a Second Motion to Extend Service of Civil Summons against the Doe Defendants. DE 24. On June 23, 2025, the Court granted Plaintiff's motion and ordered "that service be made by July 31, 2025." DE 25. The Court added that "[i]f service cannot be made within that time frame, Plaintiff should file an additional motion setting out good cause for a request for a further extension of that deadline." DE 25.

14. On or about June 23, 2025, Sidechat supplemented its response to Plaintiff's subpoena. (See Email from Chris Madsen, Att'y for Flower

Avenue Group d/b/a "Sidechat", to Leslie Muse, Att'y for Plaintiff (June 23, 2025, 2:45 P.M. EST) (on file with Plaintiff's Counsel)).

15. Plaintiff continues to review the information provided in response to his subpoena. However, at this point, Plaintiff believes that he has sufficient identifying information, and Plaintiff intends to move forward with amending his Complaint to name the Doe Defendants and amending at least some of his claims against the University.

16. Based on the above, the Parties propose the following schedule for Plaintiff to file any amended complaint and for the University to respond to any amended complaint:

    a. Plaintiff to file his amended complaint on or before July 21, 2025; and

    b. The University to respond to any amended complaint on or before 60 days after Plaintiff files the amended complaint.

The Parties respectfully submit that this proposed schedule is not submitted for any improper purpose and the Parties believe that this proposed schedule will promote efficiency in the legal process.

Respectfully submitted this 27th day of June 2025.

                              /s/ Leslie Muse
                              Leslie Muse
                              NC State Bar No. 61195
                              hunoval@partonnc.com

Parton Law PLLC
122 N. McDowell Street
Charlotte, NC 28204
Tel: (704) 376-4488
Fax: (704) 731-0904

*Attorney for Plaintiff*

/s/ Laura E. Dean
Laura E. Dean
State Bar No. 43775
ledean@northcarolina.edu

The University of North Carolina
223 S. West Street, Suite 1800
Raleigh NC 27603
Tel: (919) 962-4551

*Attorney for North Carolina Agricultural and Technical State University*

6

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users.

This 27th day of June 2025.

/s/ Laura E. Dean
Laura E. Dean